**HONORABLE JAMES L. ROBART**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

EMPLOYEE PAINTERS' TRUST, WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST, DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND, WESTERN WASHINGTON PAINTERS LABOR MANAGEMENT COOPERATION TRUST, INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, acting by and through their designated fiduciaries Stacey Grund and Denis Sullivan; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 5

Plaintiff,

vs.

CASCADE COATINGS, a partnership; CASCADE COATINGS, a sole proprietorship; WALTER JAMES MCLAUGHLIN, an individual; MARK STEPHEN SCHLATTER, an individual; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California company; PLATTE RIVER INSURANCE COMPANY, a Nebraska company; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut company; PORT OF SEATTLE, a Municipal Corporation; FERGUSON CONSTRUCTION,

CASE NO.:  2:12-cv-00101

~~PROPOSED~~ ORDER ON MOTION TO DISMISS PLAINTIFFS' CLAIMS AGAINST CERTAIN DEFENDANTS:

1. AMERICAN CONTRACTORS INDEMNITY COMPANY,
2. TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,
3. PORT OF SEATTLE,
4. FERGUSON CONSTRUCTION, INC., and
5. WESTERN SURETY COMPANY.

PROPOSED ORDER MOTION ON TO DISMISS PLAINTIFFS' CLAIMS AGAINST CERTAIN DEFENDANTS - CASE NO. 2:12-cv-00101-JLR

Page 1

CHRISTENSEN JAMES & MARTIN
AND
THE URBAN LAW FIRM
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 462-4045/(425) 646-2394
F. (423) 462-5638/(702) 255-0871/(702) 968-8088
elj@cjmlv.com
murban@theurbanlawfirm.com

Case 2:12-cv-00101-JLR   Document 61-1   Filed 11/06/13   Page 2 of 3

INC., a Washington Corporation; and WESTERN SURETY COMPANY, an Illinois Corporation.

Defendants.

FERGUSON CONSTRUCTION INC.,

Third Party Plaintiff,

vs.

WESTERN SURETY COMPANY,

Third Party Defendant.

Plaintiffs Motion to Dismiss its claims against American Contractors Indemnity Company ("ACIC"), Travelers Casualty and Surety Company of America ("Travelers"), Port of Seattle ("Port"), Ferguson Construction, Inc. ("Ferguson"), and Western Surety Company ("Western") having come before the Court, and the Court having considered the Stipulation filed as Dkt. # 56 as well as the factors set forth in *Williams v. Peralta Community College Dist.*, 227 F.R.D. 538, 539 (N.D. Cal. 2005), and no opposition having been filed,

IT IS HEREBY ORDERED that the Plaintiffs' claims against ACIC, Travelers, Port, Ferguson, and Western are dismissed with prejudice, each party to bear its own legal fees and costs unless otherwise constituting part of a settlement agreement.

Dated this 2nd day of Dec., 2013.

_____
United States District Court Judge

///

///

///

PROPOSED ORDER MOTION ON TO DISMISS PLAINTIFFS' CLAIMS AGAINST CERTAIN DEFENDANTS - CASE NO. 2:12-cv-00101-JLR

Page 2

CHRISTENSEN JAMES & MARTIN
AND
THE URBAN LAW FIRM
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 462-4045/(425) 646-2394
F. (423) 462-5638/(702) 255-0871/(702) 968-8088
elj@cjmlv.com
murban@theurbanlawfirm.com

Submitted by:

CHRISTENSEN JAMES & MARTIN

By:  /s/ Evan L. James
　　　Evan L. James, Esq.
　　　WSBA #44654
　　　800 Bellevue Way NE, Suite 400
　　　Bellevue, WA 98004
　　　elj@cjmlv.com
　　　Counsel for Plaintiffs

PROPOSED ORDER MOTION ON TO DISMISS
PLAINTIFFS' CLAIMS AGAINST CERTAIN
DEFENDANTS - CASE NO. 2:12-cv-00101-JLR

Page 3

CHRISTENSEN JAMES & MARTIN
AND
THE URBAN LAW FIRM
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 462-4045/(425) 646-2394
F. (423) 462-5638/(702) 255-0871/(702) 968-8088
elj@cjmlv.com
murban@theurbanlawfirm.com